UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DAMIAN ALICEA, et al, | : | Hon. Robert B. Kugler |
| Plaintiff(s), | : | Civil No. 18-00151(RBK-AMD) |
| v. | : | |
| CITY OF CAMDEN, | : | |
| Defendant(s). | : | |

## **O R D E R**

**THIS MATTER HAVING**, come before the court upon its own Motion during a status conference with counsel in court on September 12, 2018, and it appearing that the parties have reached a settlement of all issues in dispute, and it further appearing that it will take some months to finalize the agreement, and it further appearing that the parties through counsel consent to entry of this Order,

**IT IS ON THIS**   18th  day of  September, 2018, **ORDERED** that:

1. The settlement as evidenced by the Settlement Agreement and Release is fair and reasonable;

2. The Clerk is directed to **Administratively Terminate** this case on the docket without prejudice.  Any party may by letter, request this matter by restored to the trial list should the settlement not be finalized

                                                        s/Robert B. Kugler
                                                        ROBERT B. KUGLER
                                                        United States District Judge